642·

Stanley J. Albany et al., Copartners, Trading as Consumers Insulating and Roofing Company, Appellees, v. David I. Phillips, Appellant.

Gen. No. 42,059.

opinion filed April 20, 1943. Paul M. Wade, for appellant; Alfred Newton, for appellees; D. Elwood Davis, of counsel. Opinion by JUSTICE SCANLAN. "Not to be published in full."

C. I. T. Corporation, Appellee, v. Levy Smith and Janie L. Smith, Appellants.

Gen. No. 42,438.

opinion filed April 20, 1943. George B. Cohen, for appellants; Adolph M. Neuman, for appellee. Opinion by JUSTICE SCANLAN. "Not to be published in full."